# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§ 
BERKOWITZ, JEFFREY I. § Case No. 10-37820
BERKOWITZ, MARNIE C. § 
§ 
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Jeffrey P. Allsteadt
> U.S. Bankruptcy Court Clerk
> 219 South Dearborn Street- 7th Floor
> Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/31/2015 in Courtroom 644,

> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____
                                              Clerk of The United States Bankruptcy
                                                             Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
BERKOWITZ, JEFFREY I.               §    Case No. 10-37820
BERKOWITZ, MARNIE C.                §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,346.81 |
| and approved disbursements of | $ | 1,570.09 |
| leaving a balance on hand of[1] | $ | 28,776.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 3,784.68 | $ 0.00 | $ 3,784.68 |
| Trustee Expenses: Phillip D. Levey | $ 40.81 | $ 0.00 | $ 40.81 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 3,690.00 | $ 0.00 | $ 3,690.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,515.49 |
| Remaining Balance | | $ | 21,261.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 110,582.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 4,647.38 | $ 0.00 | $ 1,292.54 |
| 000002 | Chase Bank USA, N.A. | $ 5,168.88 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 10,361.91 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA, N.A. | $ 6,091.91 | $ 0.00 | $ 1,694.29 |
| 000005 | American Express Bank, FSB | $ 20,679.32 | $ 0.00 | $ 5,751.37 |
| 000006 | American Express Centurion Bank | $ 12,448.29 | $ 0.00 | $ 0.00 |
| 000007 | Midland Funding LLC | $ 9,060.61 | $ 0.00 | $ 2,519.95 |
| 000008 | Portfolio Recovery Associates, LLC | $ 6,157.60 | $ 0.00 | $ 0.00 |
| 000009 | FIA Card Services, NA/Bank of America | $ 10,155.13 | $ 0.00 | $ 2,824.36 |
| 000010 | FIA Card Services, NA/Bank of America | $ 25,811.46 | $ 0.00 | $ 7,178.72 |

Total to be paid to timely general unsecured creditors    $    21,261.23

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 10-37820-PSH
Jeffrey I. Berkowitz                                            Chapter 7
Marnie C. Berkowitz
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina              Page 1 of 2              Date Rcvd: Mar 03, 2015
                              Form ID: pdf006            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2015.
db/jdb        +Jeffrey I. Berkowitz,   Marnie C. Berkowitz,   314 B Saybrook Lane,
                WALLINGFORD, PA 19086-6736
16035793      +American Express BK,   Acct#: 1004,   PO Box 981535,   El Paso, TX 79998-1535
16035794       American Express BK,   Acct#: 2007,   PO Box 0001,   Los Angeles, CA 90096-0001
17326245       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17378413       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16035803      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibusiness Card,   Acct#: 8747,   PO Box 688901,
                Des Moines, IA  50368)
16035798      +Capital One,   Acct#: 4035,   Attn: General Corespondence,   PO Box 30285,
                Salt Lake City, UT 84130-0285
16035801      +Chase,   Acct#: 2792,   PO Box 15298,   Wilmington, DE 19850-5298
16035799      +Chase,   Acct#: 3040,   PO Box 15298,   Wilmington, DE 19850-5298
16035802      +Chase,   Acct#: 4082,   PO Box 15298,   Wilmington, DE 19850-5298
16035800      +Chase,   Acct#: 7954,   PO Box 15298,   Wilmington, DE 19850-5298
17288470       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16035804      +Direct Merchants Bank,   Acct#: 1025,   Cardmember Services,   PO Box 5250,
                Carol Stream, IL 60197-5250
16035805      +Fia Card Services,   Acct#: 7437,   PO Box 15026,   Wilmington, DE 19850-5026
16035806      +First National Bank of Omaha,   Acct#: 7207,   Cardmember Services,   PO Box 3331,
                Omaha, NE 68103-0331
17542674      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                HSBC Consumer Lending/Beneficial IL,   by PRA Receivables Mgmt,   POB 41067,
                Norfolk VA 23541)
16035809      +Rush University Med Center,   Acct#: 2012,   1653 W. Congress Parkway,   Chicago, IL 60612-3833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17588145       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2015 02:00:24
                FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,
                MBNA America Bank NA,   PO Box 248809,   Oklahoma City, OK 73124-8809
17534198       E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2015 01:40:42     GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16035807      +E-mail/Text: bankruptcy2@ironmountain.com Mar 04 2015 01:46:48    Iron Mountain,   Acct#: 0729,
                PO Box 27128,   New York, NY 10087-7128
16035808      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2015 01:41:29    JC Penney,   Acct#: 3359,
                PO Box 981131,   El Paso, TX 79998-1131
19932236       E-mail/PDF: rmscedi@recoverycorp.com Mar 04 2015 01:40:44    Midland Funding LLC,
                By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
19932237       E-mail/PDF: rmscedi@recoverycorp.com Mar 04 2015 01:40:44
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16036874*     +American Express BK,   Acct#: 1004,   PO Box 981535,   El Paso, TX 79998-1535
16036875*      American Express BK,   Acct#: 2007,   PO Box 0001,   Los Angeles, CA 90096-0001
16036877*     +Bank of America,   Acct#: 1612,   PO Box 15026,   Wilmington, DE 19850-5026
16036876*     +Bank of America,   Acct#: 3321,   PO Box 15026,   Wilmington, DE 19850-5026
16036878*     +Beneficial,   Acct#: 9579,   PO Box3425,   Buffalo, NY 14240-3425
16036884*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibusiness Card,   Acct#: 8747,   PO Box 688901,
                Des Moines, IA  50368)
16036879*     +Capital One,   Acct#: 4035,   Attn: General Corespondence,   PO Box 30285,
                Salt Lake City, UT 84130-0285
16036882*     +Chase,   Acct#: 2792,   PO Box 15298,   Wilmington, DE 19850-5298
16036880*     +Chase,   Acct#: 3040,   PO Box 15298,   Wilmington, DE 19850-5298
16036883*     +Chase,   Acct#: 4082,   PO Box 15298,   Wilmington, DE 19850-5298
16036881*     +Chase,   Acct#: 7954,   PO Box 15298,   Wilmington, DE 19850-5298
16036885*     +Direct Merchants Bank,   Acct#: 1025,   Cardmember Services,   PO Box 5250,
                Carol Stream, IL 60197-5250
16036886*     +Fia Card Services,   Acct#: 7437,   PO Box 15026,   Wilmington, DE 19850-5026
16036887*     +First National Bank of Omaha,   Acct#: 7207,   Cardmember Services,   PO Box 3331,
                Omaha, NE 68103-0331
16036888*     +Iron Mountain,   Acct#: 0729,   PO Box 27128,   New York, NY 10087-7128
16036889*     +JC Penney,   Acct#: 3359,   PO Box 981131,   El Paso, TX 79998-1131
16036890*     +Rush University Med Center,   Acct#: 2012,   1653 W. Congress Parkway,   Chicago, IL 60612-3833
```

```
District/off: 0752-1              User: nmolina              Page 2 of 2              Date Rcvd: Mar 03, 2015
                                  Form ID: pdf006            Total Noticed: 23

16035796     ##+Bank of America,    Acct#: 1612,    PO Box 15026,    Wilmington, DE 19850-5026
16035795     ##+Bank of America,    Acct#: 3321,    PO Box 15026,    Wilmington, DE 19850-5026
16035797     ##+Beneficial,    Acct#: 9579,    PO Box3425,    Buffalo, NY 14240-3425
                                                                               TOTALS: 0, * 17, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2015 at the address(es) listed below:
              Beth A Lehman    on behalf of Debtor Jeffrey I. Berkowitz blehman@lehmanfox.com
              Beth A Lehman    on behalf of Joint Debtor Marnie C. Berkowitz blehman@lehmanfox.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```