UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
BERKOWITZ, JEFFREY I.               §   Case No. 10-37820
BERKOWITZ, MARNIE C.                §
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 American Express BK PO Box 981535 El Paso TX 79998 | | | | | |
| | Creditor # :10 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :11 Citibusiness Card PO Box 688901 Des Moines IA 50368 | | | | | |
| | Creditor # :12 Direct Merchants Bank Cardmember Services PO Box 5250 Carol Stream IL 60197 | | | | | |
| | Creditor # :13 Fia Card Services PO Box 15026 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :14 First National Bank of Omaha Cardmember Services PO Box 3331 Omaha NE 68103 | | | | | |
| | Creditor # :15 Iron Mountain PO Box 27128 New York NY 10087 | | | | | |
| | Creditor # :16 JC Penney PO Box 981131 El Paso TX 79998 | | | | | |
| | Creditor # :17 Rush University Med Center 1653 W. Congress Parkway Chicago IL 60612 | | | | | |
| | Creditor # :2 American Express BK PO Box 0001 Los Angeles CA 90096-0001 | | | | | |
| | Creditor # :3 Bank of America PO Box 15026 Wilmington DE 19850 | | | | | |
| | Creditor # :4 Bank of America PO Box 15026 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :5 Beneficial PO Box3425 Buffalo NY 14240 | | | | | |
| | Creditor # :6 Capital One Attn: General Corespondence PO Box 30285 Salt Lake City UT 84130 | | | | | |
| | Creditor # :7 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :8 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :9 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | MIDLAND FUNDING LLC | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-37820 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | BERKOWITZ, JEFFREY I. | | | | Date Filed (f) or Converted (c): | 08/24/10 (f) |
| | BERKOWITZ, MARNIE C. | | | | 341(a) Meeting Date: | 09/29/10 |
| For Period Ending: | 06/09/15 | | | | Claims Bar Date: | 07/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12448 Tigerseye Dr, Sun City West AZ 1/3 remainder | 0.00 | 0.00 | | 30,344.08 | FA |
| 2. Fifth Third Bank Location: In debtor's possession | 3,197.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. bank accounts Location: In debtor's possession | 3,562.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. security deposit Location: In debtor's possession | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. furniture Location: In debtor's possession | 600.00 | 600.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. clothing Location: In debtor's possession | 200.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. IRAs (2) Location: In debtor's possession | 10,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. 1998 Toyota Avalon Location: In debtor's possessio | 1,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.73 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $19,559.00          $1,600.00                    $30,346.81          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report to be submitted for review to UST by October 14, 2014.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 18.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-37820    PSH    Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: | BERKOWITZ, JEFFREY I. | Date Filed (f) or Converted (c): | 08/24/10 (f) |
| | BERKOWITZ, MARNIE C. | 341(a) Meeting Date: | 09/29/10 |
| | | Claims Bar Date: | 07/27/11 |

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 10/15/14

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-37820 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BERKOWITZ, JEFFREY I. | | Bank Name: | ASSOCIATED BANK |
| | BERKOWITZ, MARNIE C. | | Account Number / CD #: | *******2838 Checking |
| Taxpayer ID No: | *******6939 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 29,910.13 | | 29,910.13 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.44 | 29,891.69 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.05 | 29,872.64 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.42 | 29,854.22 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.02 | 29,835.20 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.35 | 29,790.85 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 25.10 | 29,765.75 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.01 | 29,725.74 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.21 | 29,681.53 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.70 | 29,638.83 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.06 | 29,594.77 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.58 | 29,552.19 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.94 | 29,508.25 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.87 | 29,464.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.40 | 29,421.98 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.74 | 29,378.24 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.27 | 29,335.97 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.61 | 29,292.36 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.55 | 29,248.81 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.28 | 29,209.53 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 7.06 | 29,202.47 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.43 | 29,159.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.96 | 29,117.08 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.29 | 29,073.79 |

Page Subtotals   29,910.13   836.34

Ver: 18.04c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-37820 -PSH | |
| Case Name: | BERKOWITZ, JEFFREY I. | |
| | BERKOWITZ, MARNIE C. | |
| Taxpayer ID No: | *******6939 | |
| For Period Ending: | 06/09/15 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2838  Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.83 | 29,031.96 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.16 | 28,988.80 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.10 | 28,945.70 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.65 | 28,904.05 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.97 | 28,861.08 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.52 | 28,819.56 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.84 | 28,776.72 |
| 04/01/15 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,690.00 | 25,086.72 |
| 04/01/15 | 010004 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 3,784.68 | 21,302.04 |
| 04/01/15 | 010005 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 40.81 | 21,261.23 |
| 04/01/15 | 010006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 27.81223% | 7100-900 | | 1,292.54 | 19,968.69 |
| 04/01/15 | 010007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 27.81213% | 7100-900 | | 1,694.29 | 18,274.40 |
| 04/01/15 | 010008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 27.81218%<br>(5-1) CREDIT CARD DEBT | 7100-900 | | 5,751.37 | 12,523.03 |
| 04/01/15 | 010009 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000007, Payment 27.81215%<br>(7-1) JCPENNEY REWARDS MASTERCARD | 7100-900 | | 2,519.95 | 10,003.08 |
| 04/01/15 | 010010 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>MBNA America Bank NA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 27.81215%<br>(9-1) Modified to correct creditors<br>address on 7/27/11 (ar) | 7100-900 | | 2,824.36 | 7,178.72 |

Page Subtotals         0.00         21,895.07

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-37820 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BERKOWITZ, JEFFREY I. | | Bank Name: | ASSOCIATED BANK |
| | BERKOWITZ, MARNIE C. | | Account Number / CD #: | *******2838 Checking |
| Taxpayer ID No: | *******6939 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/01/15 | 010011 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent MBNA America Bank NA PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000010, Payment 27.81214% | 7100-900 | | 7,178.72 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,910.13 | 29,910.13 | 0.00 |
| Less:  Bank Transfers/CD's | 29,910.13 | 0.00 | |
| Subtotal | 0.00 | 29,910.13 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 29,910.13 | |

Page Subtotals     0.00     7,178.72

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37820 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BERKOWITZ, JEFFREY I. | Bank Name: | BANK OF AMERICA |
| | BERKOWITZ, MARNIE C. | Account Number / CD #: | *******5999 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6939 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/11 | 1 | Jeffrey Berkowitz | Turnover | 1129-000 | 30,344.08 | | 30,344.08 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.24 | | 30,344.32 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 36.16 | 30,308.16 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,308.41 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 37.37 | 30,271.04 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,271.29 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 37.32 | 30,233.97 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 30,234.23 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 39.65 | 30,194.58 |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.24 | | 30,194.82 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 35.89 | 30,158.93 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,159.18 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 37.08 | 30,122.10 |
| 04/05/12 | 000101 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 26.18 | 30,095.92 |
| 04/30/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,096.17 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 38.25 | 30,057.92 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,058.17 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 38.19 | 30,019.98 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.24 | | 30,020.22 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 35.68 | 29,984.54 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,984.80 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 39.32 | 29,945.48 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 29,945.72 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR | BANK FEES | 2600-000 | | 35.59 | 29,910.13 |
| | | | Page Subtotals | | 30,346.81 | 436.68 | |

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-37820 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BERKOWITZ, JEFFREY I. | Bank Name: | BANK OF AMERICA |
| | BERKOWITZ, MARNIE C. | Account Number / CD #: | *******5999 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6939 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | DALLAS, TX 75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 29,910.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 30,346.81 | 30,346.81 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 29,910.13 | |
| Subtotal | 30,346.81 | 436.68 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,346.81 | 436.68 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2838 | 0.00 | 29,910.13 | 0.00 |
| Money Market Account (Interest Earn - ********5999 | 30,346.81 | 436.68 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,346.81 | 30,346.81 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         29,910.13

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*